DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                        NO. 12-07-00410-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

TYLER
HEMATOLOGY ONCOLOGY, P.A.,        §          APPEAL FROM THE 241ST

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

GARY
E GROSS, M.D.,

APPELLEE   §          SMITH
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Appellant has filed a motion to dismiss this appeal.  In its motion, Appellant states that the
parties have reached a final resolution of all claims in the underlying
suit.  A copy of the motion has been sent
to all counsel of record.  Because Appellant
has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the
motion is granted, and the appeal is dismissed. 
The costs of this appeal are assessed against the party incurring them.

Opinion
delivered January 9, 2008.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

(PUBLISH)